# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13253

_____

CARA MCCLURE,

GREATER BIRMINGHAM MINISTRIES,

METRO-BIRMINGHAM BRANCH OF THE NAACP, THE,

ALABAMA STATE CONFERENCE OF THE NAACP,

*Plaintiffs-Appellees,*

*versus*

JEFFERSONCOUNTY COMMISSION,

*Defendant-Appellant,*

COMMISSION PRESIDENT DISTRICT 3, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cv-00443-MHH

_____

_____

No. 25-13254

_____

ALEXIA ADDOH KONDI,

CYNTHIA BONNER,

JA'NELLE BROWN,

ERIC HALL,

MICHAEL HANSEN, et al.,

*Plaintiffs-Appellees,*

*versus*

JEFFERSON COUNTY COMMISSION, THE,
  a political subdivision of the State of Alabama,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cv-00503-MHH

_____

ORDER:

Appellant's motion to consolidate is GRANTED. Appeal nos. 25-13253 and 25-13254 are CONSOLIDATED for briefing and merits disposition purposes.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE