Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-13253

Caption:
Cara McClure, et al v. Jefferson County Commission

District and Division: Northern District of Alabama - Southern Division
Name of Judge: Judge Madeline H. Haikala
Nature of Suit: Equal Protection Clause - Permanent Injunction
Date Complaint Filed: 04/07/2023
District Court Docket Number: 2:23-cv-443
Date Notice of Appeal Filed: 09/18/2025
☐ Cross Appeal    ☐ Class Action

Has this matter previously been before this court?
☐ Yes    ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

**For Appellant:**
☐ Plaintiff
☑ Defendant
☐ Other (Specify)

Attorney Name: Taylor A. R. Meehan
Mailing Address: Consovoy McCarthy, PLLC
1600 Wilson Blvd
Ste. 700
Arlington, VA 22209
Telephone, Fax, Email: 703-243-9423
taylor@consovoymccarthy.com

**For Appellee:**
☑ Plaintiff
☐ Defendant
☐ Other (Specify)

Attorney Name: Kathryn Sadasivan
Mailing Address: NAACP LDF
40 Rector St.
5th Floor
New York, NY 10006
Telephone, Fax, Email: 332-600-9546
212-226-7592 (fax)
ksadasivan@naacpldf.org

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ to _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ Preliminary   ☑ Granted |
| | | ☑ Injunction | ☑ Permanent   ☐ Denied |
| | | ☐ Other _____ | |

Page 2                                                                                      11th Circuit Docket Number: __25-13253_____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☑ No

If Yes, provide
(a) Case Name  Alexia Addoh-Kondi v. Jefferson County Commission
(b) Citation _____
(c) Docket Number if unreported  2:23-cv-503 (CA11 No. 25-13254)
(d) Court or Agency  Northern District of Alabama

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
(b) Among circuits?  ☐ Yes  ☑ No

If Yes, explain briefly:


(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Did the district court err by enjoining Jefferson County's 2021 commission districts as racially gerrymandered in violation of the Equal Protection Clause of the Fourteenth Amendment?


I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __2nd_____ DAY OF __October_____, __2025_____.

Taylor A. R. Meehan                                          /s/ Taylor A. R. Meehan
NAME OF COUNSEL (Print)                                      SIGNATURE OF COUNSEL