# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13253

_____

CARA MCCLURE,

GREATER BIRMINGHAM MINISTRIES,

METRO-BIRMINGHAM BRANCH OF THE NAACP, THE,

ALABAMA STATE CONFERENCE OF THE NAACP,

*Plaintiffs-Appellees,*

*versus*

JEFFERSONCOUNTY COMMISSION,

*Defendant-Appellant,*

COMMISSION PRESIDENT DISTRICT 3, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cv-00443-MHH

_____

ORDER:

The Supreme Court recently issued decisions in *Louisiana v. Callais*, 146 S. Ct. 1131 (2026), and *Allen v. Milligan*, 146 S. Ct. 1377 (2026). To assist the Court at oral argument, we direct the parties to submit supplemental briefs addressing whether and how *Callais* and *Milligan* impact the appropriate legal analysis in this case. The parties should also address whether it would be appropriate to remand to the district court for consideration of this case in light of *Callais* and *Milligan*. The parties are directed to submit their briefs by July 14th. The briefs shall not exceed 15 pages.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION