Nos. 25-13253, 25-13254

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CARA MCCLURE, ET AL.,

*Plaintiffs-Appellees,*

v.

JEFFERSON COUNTY COMMISSION,

*Defendant-Appellant.*

ALEXIA ADDOH-KONDI, ET AL.,

*Plaintiffs-Appellees,*

v.

JEFFERSON COUNTY COMMISSION,

*Defendant-Appellant.*

## DECLARATION OF CAROLE SMITHERMAN

I, Carole Smitherman, declare and state the following:

1.      I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called to testify as a witness, would competently testify to them.

2.      I am the acting Special Probate Judge for the purpose of serving as Chief Elections Official for Jefferson County, Alabama.

2

3.    On May 22, 2026, the Presiding Judge of the Tenth Judicial Circuit of Alabama appointed and commissioned me to serve as the Chief Elections Official. My appointment was precipitated by the suspension of presiding Probate Judge Yashiba Blanchard pending the resolution of a Judicial Inquiry Commission complaint. *See* Ala. Const. Art. VI, §159.

4.    Under Alabama law, my appointment in these circumstances confers on me "all powers, authority, and jurisdiction of the judgeship to which [I am] appointed." Ala. Code §12-1-14.1(a).

5.    In my capacity as Chief Elections Official, I am responsible for printing ballots for primary and general elections and furnishing official lists of voters at each precinct. Ala. Code §§17-6-47, 17-13-22, 17-6-21, 17-9-3(b), 17-13-5(c), 17-1-2(17), 17-13-9, 17-1-2(14).

6.    I am the chair of the "appointing board," which appoints election workers. Ala. Code §§17-1-2(1), 17-1-3(b), 17-8-1(a). I am also responsible for training election workers. §17-8-9.

7.    I am also a part of the "canvassing board," which is responsible for certifying election results. Ala. Code §§17-1-2(6), 17-12-11, 17-12-15, 17-12-16.

8.    These responsibilities require the use of district lines, including the Commission districts for Commission elections. Ala. Code §11-3-1.1(e).

9.    I understand that two plaintiff groups brought these cases challenging the constitutionality of the Jefferson County Commission districts. I understand that those

3

cases proceeded to trial against the Commission only, without the Probate Judge. I understand the district court issued a final opinion and order "permanently enjoining the Commission and its agents from using the 2021 plan in Jefferson County Commission elections." I understand that the Commission obtained a stay of that injunction pending its appeal of the district court's final opinion and order. I understand that appeal is pending.

10.    I understand the Commission, represented by the Jefferson County Attorney and outside counsel, has defended the constitutionality of the districts in the district court and on appeal.

11.    I understand these cases have entailed significant expense and time. The addition of the Chief Elections Official as party to these cases could avoid significant additional expense for the county in the event these cases were dismissed for lack of jurisdiction and then re-filed.

12.    I am represented in my official capacity by attorney Mark White of White, Arnold, & Dowd.

13.    Based on this understanding, the Jefferson County Attorney's defense throughout this litigation, and with my own legal representation, I consent in my official capacity as the Special Probate Judge and Chief Elections Official for Jefferson County to be bound by the judgment entered by the district court, since stayed by this Court, and now on appeal before this Court.

4

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4 day of August, 2026

Carole Smitherman